Ali I. Haque, PHV, Ohio Bar No. 87860
BAKER & HOSTETLER LLP
200 South Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-2605
Email: ahaque@bakerlaw.com

Curt Roy Hineline, OSB No. 913153
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
(206) 332-1101
chineline@bakerlaw.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TROY PATTERSON, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> REDBRIDGE REINSURANCE MANAGERS, LLC, a Foreign Limited Liability Company, and DIVEASSURE ASSOCIATION, INC., a Foreign Corporation, <br><br> Defendants. | CASE NO. 3:24-CV-01182-MO <br><br> **DEFENDANT REDBRIDGE REINSURANCE MANAGERS, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Now comes Defendant Redbridge Reinsurance Managers, LLC ("Redbridge" or "Defendant") and for its Answer to Plaintiff's Second Amended Complaint states as follows:

**ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

1.      Defendant is without knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 1.

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 1

2.     Defendant admits in Paragraph 2 that Redbridge is a foreign limited liability company.  Defendant is without knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 2 related to the corporate status and citizenship of NGS. Defendant denies the remaining allegations in Paragraph 2.

3.     Defendant is without knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.     Defendant denies the allegations in Paragraph 4.

5.     Defendant denies the allegations in Paragraph 5.

6.     Defendant avers in Paragraph 6 that Exhibits A and B speak for themselves and denies any allegations inconsistent with their terms. To the extent a further response is required, Defendant denies the allegations in Paragraph 6.

7.     Defendant avers in Paragraph 7 that Exhibits A and B speak for themselves and denies any allegations inconsistent with their terms. To the extent a further response is required, Defendant denies the allegations in Paragraph 7.

8.     Defendant denies in Paragraph 8 that Plaintiff contacted Defendant as described and denies that it ever spoke to Plaintiff directly. Defendant is without knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8.

9.     Defendant denies in Paragraph 9 that Plaintiff contacted Defendant as described and denies that it ever spoke to Plaintiff directly. Defendant is without knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9.

### FIRST CLAIM FOR RELIEF
**Breach of Contract**

10.     Defendant reincorporates each of its responses and averments in the preceding paragraphs as if fully set forth herein.

11.     Defendant denies the allegations in Paragraph 11, including all subparts.

12.     Defendant denies the allegations in Paragraph 12.

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 2

13.    Defendant denies the allegations in Paragraph 13.

14.    Defendant denies the allegations in Paragraph 14.

15.    Defendant denies the allegations in Paragraph 15.

**SECOND CLAIM FOR RELIEF**
**Against All Defendants**
**Negligence**

16.    Defendant reincorporates each of its responses and averments in the preceding

paragraphs as if fully set forth herein.

17.    Defendant denies the allegations in Paragraph 17.

18.    Defendant denies the allegations in Paragraph 18.

**THIRD CLAIM FOR RELIEF**
**Against All Defendants**
**Negligence Per Se**

19.    Defendant reincorporates each of its responses and averments in the preceding

paragraphs as if fully set forth herein.

20.    Defendant denies the allegations in Paragraph 20.

21.    Defendant denies the allegations in Paragraph 21, including all subparts.

22.    Defendant denies the allegations in Paragraph 22.

23.    Defendant denies the allegations in Paragraph 23.

**FOURTH CLAIM FOR RELIEF**
**Against All Defendants**
**Unlawful Trade Practice**

24.    Defendant reincorporates each of its responses and averments in the preceding

paragraphs as if fully set forth herein.

25.    Defendant denies the allegations in Paragraph 25, including all subparts.

26.    Defendant denies the allegations in Paragraph 26.

27.    Defendant denies the allegations in Paragraph 27.

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 3

28.     Defendant denies each and every allegation in the Second Amended Complaint that is not specifically admitted herein, including the relief sought by Plaintiff as described in the "WHEREFORE" section.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's Second Amended Complaint fails to state a claim upon which relief may be granted.

2.      Plaintiff's claims are barred by the doctrines of waiver and/or estoppel.

3.      Plaintiff's claims are barred by the applicable statute of limitations.

4.      Plaintiff's claims are barred because no vicarious liability exists for the conduct of other Defendants, including NGS and/or NGS' employees.

5.      Plaintiff's claims are barred because NGS was an independent contractor and exercised its own judgment and discretion as to the conduct of its business.

6.      Plaintiff's claims are barred because of the application of contributory negligence and/or comparative negligence.

7.      Plaintiff's tort and/or negligence claims are barred by the economic loss doctrine.

8.      Plaintiff's claims are barred because Defendant owes no legal duty and/or duty of care to Plaintiff.

9.      Plaintiff's damages, if any, were not caused by Defendant.

10.     Defendant reserves the right to amend the foregoing affirmative defenses to include additional defenses as they become known through discovery or otherwise.

WHEREFORE, Defendant Redbridge Reinsurance Managers, LLC respectfully requests that Plaintiff's Second Amended Complaint be dismissed with prejudice, that judgment be entered in Defendant Redbridge Reinsurance Managers, LLC's favor, and that

Defendant Redbridge Reinsurance Managers, LLC be awarded its attorneys' fees and costs incurred in this action, together with such other relief as the court deems just and proper.

DATED:      September 12, 2024

Respectfully submitted,

s/ Ali I. Haque
Ali I. Haque, PHV, Ohio Bar No. 87860
BAKER & HOSTETLER LLP
200 South Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-2605
Email: ahaque@bakerlaw.com

Curt Roy Hineline, OSB No. 913153
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
(206) 332-1101
Email: chineline@bakerlaw.com

*Attorneys for Defendant Redbridge Reinsurance Managers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> YOUNG, MCROSTIE TODD, LLP
>     Richard W. Todd, OSB #794218
>     1300 N.E. Linden Avenue, Suite 8
>     Gresham, OR 97030
>     Tel: (503) 667-6173
>     rwtoddlaw@gmail.com
>
> *Attorneys for Troy Patterson*

DATED:      September 12, 2024

s/ Ali I. Haque
Ali I. Haque, PHV, Ohio Bar No. 87860

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 5